**MEMO ENDORSED** 

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/22/2025__

*86 Chambers Street*
*New York, New York 10007*

July 22, 2025

**VIA ECF**

Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *International Refugee Assistance Program v. U.S. Citizenship and Immigration Services*,
        25 Civ. 4900 (ALC)

Dear Judge Carter:

    I write with the consent of plaintiff's counsel in this Freedom of Information Act (FOIA) case to request a one-week extension of the government's time to answer or otherwise respond to the complaint, which is otherwise tomorrow, July 23, 2025.

    This action concerns a FOIA request seeking a directive from U.S. Citizenship and Immigration Services (USCIS) ordering a "pause on adjudicating adjustment of status [] applications filed by refugees and asylees." Compl. ¶ 2, ECF No. 1. Yesterday, USCIS made a production that it believes satisfies plaintiff's request. The parties are conferring about appropriate next steps. In order to allow these discussions to continue without the press of immediate litigation deadlines, we respectfully request that the government's time to answer or otherwise respond to the complaint be extended by one week, or until July 30, 2025.

    The parties thank the Court for its consideration of this submission.

Respectfully,

JAY CLAYTON
United States Attorney

By:   */s/ Peter Aronoff*
       PETER ARONOFF
       Assistant United States Attorney
       86 Chambers Street, 3rd floor
       New York, NY 10007
       *Counsel for Defendant*

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

July 22, 2025
New York, NY

cc (via ECF):  Counsel for plaintiff