**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  7/29/2025

July 29, 2025

**VIA ECF**

Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *International Refugee Assistance Program v. U.S. Citizenship and Immigration Services*, 25 Civ. 4900 (ALC)

Dear Judge Carter:

    I write jointly with plaintiff's counsel in this Freedom of Information Act (FOIA) case respectfully to provide a status update, request an indefinite extension of the answer date, and propose a further status report in one month, or by August 29, 2025.

    This action concerns a FOIA request seeking a directive from U.S. Citizenship and Immigration Services (USCIS) ordering a "pause on adjudicating adjustment of status [] applications filed by refugees and asylees." Compl. ¶ 2, ECF No. 1. As we noted in our last letter, last week USCIS made a production of responsive records. Plaintiff has reviewed the production and agrees that the government's response satisfies its request. Thus, the merits of this case are resolved, and the only remaining issue is plaintiff's potential claim for attorneys' fees.

    To allow the parties time to discuss plaintiff's potential claim for fees without the press of immediate litigation deadlines, we respectfully propose the following:

- that the government's deadline to answer or otherwise respond to the complaint be adjourned without date; and
- that by August 29, 2025, the parties either submit a stipulation and proposed order of settlement and dismissal, or a further status report.

The parties thank the Court for its consideration of this matter.

>Respectfully,
>
>JAY CLAYTON
>United States Attorney
>
>By:   /s/ Peter Aronoff
>PETER ARONOFF
>Assistant United States Attorney
>86 Chambers Street, 3rd floor
>New York, NY 10007
>*Counsel for Defendant*

cc (via ECF):  Counsel for plaintiff

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

July 29, 2025
New York, NY