MEMO ENDORSED



August 29, 2025

**VIA ECF**
Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *IRAP v. USCIS*, No. 1:25-cv-4900 (SDNY)

Dear Judge Carter:

    I write jointly with Defendant's counsel in this Freedom of Information Act (FOIA) case respectfully to provide a status update pursuant to this Court's July 29, 2025, order. ECF No. 17. In the parties' last status report, the parties reported that they intended to confer in the hope of resolving plaintiff's claim for attorneys' fees. Plaintiff's counsel has provided a fee proposal to Defendant's counsel, which Defendant is now considering.

    The parties remain optimistic that resolution may be possible and thus propose submitting a further update to this Court in a month or thirty-one (31) days, on September 29, 2025, as to the status of their discussions, to the extent they do not reach an agreement before that date.

    The parties thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ Pedro Sepulveda, Jr.
Pedro Sepulveda, Jr.
Ghita Shwarz
Mevlüde Akay-Alp
International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Tel: (646) 819-3805
psepulveda@refugeerights.org
gschwarz@refugeerights.org
makayalp@refugeerights.org

*Counsel for Plaintiff*

cc: Counsel for Defendant (via ECF)

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 29, 2025
New York, NY