UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL REFUGEE ASSISTANCE PROGRAM,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

Defendant.

No. 25 Civ. 4900 (ALC)

**STIPULATION AND PROPOSED ORDER OF SETTLEMENT AND DISMISSAL**

WHEREAS, by electronic submission dated April 10, 2025, plaintiff International Refugee Assistance Program ("IRAP" or "Plaintiff"), made a request (the "Request") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to defendant the United States Citizenship and Immigration Services ("USCIS" or "Defendant"); and

WHEREAS, the Request sought a directive or directives "ordering an administrative pause on the processing, adjudication and/or finalizing of Adjustment of Status applications filed by refugees and asylees," ECF No. 1-1 at 3; and

WHEREAS, in a letter dated April 17, 2025, USCIS acknowledged receipt of the Request, determined that it should be placed on the "complex" FOIA track, and denied expedited processing, ECF No. 1-2 at 1; and

WHEREAS, Plaintiff then filed an administrative appeal of USCIS's determinations, and USCIS did not further respond to the Request or the administrative appeal before this action was filed, ECF No. 1-3; and

WHEREAS, Plaintiff filed this action on June 11, 2025; and

WHEREAS, on July 21, 2025, USCIS produced two pages in response to the Request; and

WHEREAS, the only outstanding issue in this case is Plaintiff's claim for attorneys' fees and costs, and the parties wish to resolve that claim and dispose of this matter without further litigation,

NOW, THEREFORE, it is hereby STIPULATED and AGREED between the parties as follows:

1. Within a reasonable time after the Court has endorsed and docketed this Stipulation and Order, USCIS shall pay to Plaintiff the sum of three thousand dollars ($3,000.00) for attorneys' fees and litigation costs. This payment shall constitute full and final satisfaction of any claims by Plaintiff for attorneys' fees and litigation costs in this matter, and is inclusive of any interest. Payment shall be made by electronic funds transfer, and counsel for Plaintiff will provide the necessary information to counsel for the Defendant to effectuate the transfer.

2. Plaintiff releases and discharges Defendant and the United States of America, including its agencies, departments, officers, employees, servants, and agents, from any and all claims and causes of action that Plaintiff asserted, or could have asserted, in this litigation arising out of Plaintiff's Request.

3. This action is accordingly dismissed with prejudice and without costs or fees other than as provided in paragraph 1 of this Stipulation and Order, provided that the Court shall retain jurisdiction over any issues that might arise relating to the enforcement of this Stipulation and Order.

4. Nothing in this Stipulation and Order shall constitute an admission that the Defendant is liable for any attorneys' fees or litigation costs, or that Plaintiff "substantially

prevailed" in this action under 5 U.S.C. § 552(a)(4)(E), or is entitled to or eligible for any attorneys' fees or litigation costs. Nor is it an admission that the amount here agreed upon covers all of the time that could, in Plaintiff's view, be compensable as attorneys' fees and litigation costs in this action. Rather, this Stipulation and Order is entered into by the parties solely for the purpose of compromising disputed claims in this case and avoiding the expenses and risks of further litigation concerning Plaintiff's claims for attorneys' fees and litigation costs. This Stipulation and Order is non-precedential with respect to any other proceeding involving the parties, including, but not limited to, any other FOIA action or administrative proceeding, and shall have no effect or bearing on any pending or future request for records made by Plaintiff under FOIA.

5. This Stipulation and Order contains the entire agreement between the parties, and no statement, representation, promise, or agreement, oral or otherwise, between the parties or their counsel that is not included herein shall have any force or effect.

6. This Stipulation and Order may be executed in counterparts. Facsimile or pdf signatures shall constitute originals.

Date: New York, New York
January 12, 2026

/s/ Ghita Schwarz*_______________
Ghita Schwarz
Pedro Sepulveda, Jr.
Mevlüde Akay Alp
International Refugee Assistance Project
One Battery Park Plaza
New York, NY 10004
(646) 819-3805
*Attorneys for Plaintiff*

*/s/ consented to by email 1/12/2026

Date: New York, New York
January 12, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Peter Aronoff*
PETER ARONOFF
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2697
Fax: (212) 637-2717
Email: peter.aronoff@usdoj.gov
*Attorney for Defendant*

SO ORDERED:

______________________________
HON. ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE